JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZU OSEMENE, et al., | Case No. CV 18-9871 FMO (JPRx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SPIRIT AIRLINES, Inc., et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 25th day of April, 2019.

                                              /s/
                                 Fernando M. Olguin
                             United States District Judge